FILED

AUG 1 9 2010
AUG 19 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 10 CR 618 |
| v. | ) | |
| | ) | Violations: Title 18, United States |
| JOSHUA VIDAL, | ) | Code, Sections 924(c)(1)(A), 1951(a), |
| JUAN DEJESUS, | ) | and 2, and Title 21, United States |
| JUAN VELEZ, and | ) | Code, Sections 841(a)(1) and 846 |
| VICTOR TORRES | ) | |

JUDGE AMY ST. EVE
MAGISTRATE JUDGE ASHMAN

COUNT ONE

The SPECIAL AUGUST 2009-2 GRAND JURY charges:

Beginning on or before June 30, 2010, and continuing to on or about July 20, 2010, in Cook County, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOSHUA VIDAL,
JUAN DEJESUS,
JUAN VELEZ, and
VICTOR TORRES,

defendants herein, conspired with each other and with others known to the Grand Jury to knowingly and intentionally possess with intent to distribute a controlled substance, namely, five kilograms or more of mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

The SPECIAL AUGUST 2009-2 GRAND JURY further charges:

On or about July 20, 2010, in Cook County, in the Northern District of Illinois, Eastern Division, and elsewhere,

>JOSHUA VIDAL,
>JUAN DEJESUS,
>JUAN VELEZ, and
>VICTOR TORRES,

defendants herein, did attempt to knowingly and intentionally possess with intent to distribute a controlled substance, namely, five kilograms or more of mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

## COUNT THREE

The SPECIAL AUGUST 2009-2 GRAND JURY further charges:

On or about July 20, 2010, in Cook County, in the Northern District of Illinois, Eastern Division, and elsewhere,

>JOSHUA VIDAL,
>JUAN DEJESUS,
>JUAN VELEZ, and
>VICTOR TORRES,

defendants herein, did attempt to obstruct, delay, and affect commerce, and the movement of articles and commodities in such commerce, by robbery, as commerce and robbery are defined in Title 18, United States Code, Section 1951, in that the defendants did unlawfully attempt to take and obtain personal property consisting of controlled substances, namely, mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance, and United States Currency derived from the distribution of cocaine from the person and in the presence of individuals who defendants believed to be involved in the distribution of narcotics;

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT FOUR

The SPECIAL AUGUST 2009-2 GRAND JURY further charges:

On or about July 20, 2010, in Cook County, in the Northern District of Illinois, Eastern Division, and elsewhere,

> JOSHUA VIDAL,
> JUAN DEJESUS, and
> JUAN VELEZ,

defendants herein, knowingly possessed a firearm, namely:

(1) a loaded Colt Cobra .38 special revolver, bearing serial number M91575;

(2) a loaded RG Industries model RG14 .22 caliber revolver, bearing serial number L522141; and

(3) a loaded Sturm, Ruger, and Company model P94 .40 caliber pistol, bearing serial number 34106885;

in furtherance of, and carried that firearm during and in relation to, drug trafficking crimes, namely, conspiring to possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 846, as more fully set forth in Count One of this indictment, and attempting to knowingly and intentionally possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1), as more fully set forth in Count Two of this indictment; and a crime of violence, namely, attempting to commit robbery affecting commerce, in violation of 18 U.S.C. § 1951(a), as more fully set forth in Count Three of this indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION ONE

The SPECIAL AUGUST 2009-2 GRAND JURY further alleges:

1. The allegations of Counts One and Two of this Indictment are realleged and incorporated by reference as if fully restated herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

2. As a result of their violations of Title 21, United States Code, Section 846, as alleged in Counts One and Two,

> JOSHUA VIDAL,
> JUAN DEJESUS,
> JUAN VELEZ, and
> VICTOR TORRES,

defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (a)(2), any and all property and proceeds they obtained, directly or indirectly, as a result of the violations, as well as any property used, or intended to be used, to commit or facilitate the commission of such violations.

3. The interests of the defendants subject to forfeiture are:

(1) a Colt Cobra .38 special revolver, bearing serial number M91575, and associated ammunition;

(2) a RG Industries model RG14 .22 caliber revolver, bearing serial number L522141 and associated ammunition; and

(3) a Sturm, Ruger, and Company model P94 .40 caliber pistol, bearing serial number 34106885, and associated ammunition;

All pursuant to Title 21, United States Code, Section 853(a)(1) and (a)(2).

## **FORFEITURE ALLEGATION TWO**

The SPECIAL AUGUST 2009-2 GRAND JURY further alleges:

1. The allegations of Count Four of this indictment are realleged and incorporated by reference as if fully restated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. As a result of their violations of Title 18, United States Code, Section 924(c), as alleged in the foregoing Indictment,

> JOSHUA VIDAL,
> JUAN DEJESUS, and
> JUAN VELEZ,

defendants herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any and all right, title and interest they may have in any property involved in the charged offenses.

3. The interest of the defendants subject to forfeiture pursuant to Title 18, United States Code, Section 924(c) are:

(1) a Colt Cobra .38 special revolver, bearing serial number M91575;

(2) a RG Industries model RG14 .22 caliber revolver, bearing serial number L522141; and

(3) a Sturm, Ruger, and Company model P94 .40 caliber pistol, bearing serial number 34106885;

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY